UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:15-cv-944-EFB<br><br><br>ORDER |

On May 5, 2015, the court ordered plaintiff to submit documents for service of process to the United States Marshal within 14 days, and to file a statement with the court that said documents had been submitted.  ECF No. 3.  To date, plaintiff has not complied with the court's order.[1]

Accordingly, it is hereby ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's May 5 order.  Plaintiff is warned that failure to comply with this order will result in the dismissal of this case.

DATED: August 26, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nor has plaintiff filed his consent to proceed before the undersigned or request for assignment of a United States District Judge.