UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD BRIGGS,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | No. 2:15-cv-944-EFB<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

       On August 26, 2015, the court ordered plaintiff to comply with its May 5, 2015 order within 14 days. ECF No. 6. The court warned plaintiff that failure to comply with the order might result in the dismissal of the case. The allotted time has passed and plaintiff has failed to comply with the May 5, 2015 order or otherwise respond.

       Accordingly, IT IS HEREBY ORDERED that the Clerk shall randomly assign a United States District Judge to this case.

       It is further RECOMMENDED that this case be dismissed for failure to prosecute and the Clerk be directed to close the case.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1. objections with the court and serve a copy on all parties.  Such a document should be captioned
2. "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3. within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
4. *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5. DATED:  October 8, 2015.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE