UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No.  2:15-cv-944-MCE-EFB<br><br><br>ORDER |

On October 9, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 7) which were served on Plaintiff and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///
///
///
///
///
///

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed October 9, 2015 (ECF No. 7) are ADOPTED IN FULL;

2. This case is DISMISSED for failure to prosecute; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT